IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:12CR353 |
| ) | |
| vs. ) | ORDER |
| ) | |
| JUAN JOSE PARTIDA-ORTIZ, ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Juan Jose Partida-Ortiz (Partida-Ortiz) (Filing No. 26). Partida-Ortiz seeks an additional thirty-five (35) days in which to file pretrial motions in accordance with the progression order. Partida-Ortiz has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Partida-Ortiz's motion for an extension of time (Filing No. 26) is granted. Partida-Ortiz is given until **on or before May 24, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between April 18, 2013, and May 24, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge