IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN JOSE PARTIDA-ORTIZ,<br><br>    Defendant. | 8:12CR353<br><br>ORDER |

Following a telephone conference with counsel on July 25, 2013, the defendant's Motion to Dismiss (Filing No. 30) is rescheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on August 21, 2013**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This being a criminal case, the defendant must be present unless otherwise ordered by the court.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence**. This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> > (a) **Witnesses**. At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> > (b) **Exhibits**. At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

The defendant shall have until **August 2, 2013**, in which to file a supporting brief and index. The government shall have until **August 14, 2013**, in which to file a response.

The defendant's Motion for Leave to File Supporting Brief Out-of-Time and Request for Status Conference (Filing No. 37) is granted as set forth above.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2013.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge