# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:12CR353 |
| vs. | ) | ORDER |
| **JUAN JOSE PARTIDA-ORTIZ,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Juan Jose Partida-Ortiz (Partida-Ortiz) for an extension in which to submit his brief and Index regarding his motion to dismiss and suppress (Filing No. 40). The motion will be granted.

**IT IS ORDERED:**

1. Partida-Ortiz is given to on or before August 9, 2013, in which to file his brief in support of his Motion to Dismiss Indictment and Suppress Evidence of Prior Removal and on or before August 13, 2013, in which to file his Index in support of his motion and brief.

2. The government is given until August 20, 2013, in which to file a response.

3. The evidentiary hearing scheduled for August 21, 2013, shall commence as previously scheduled.

DATED this 9th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge